IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| United States of America, | ) | CR No.: 3:11-cr-00246-JFA |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Lawrence Armstead. | ) | |
| | ) | |

The defendant, through counsel, has appealed to this court challenging the Magistrate Judge's denial of the defendant's request for bond. The bond matter was initially referred to the Magistrate Judge who conducted a hearing and received evidence and arguments from counsel. Upon receiving the defendant's appeal of the Magistrate Judge's decision, the court required the defendant's attorney to provide the court with a copy of the transcript of the bond hearing before the Magistrate Judge.

The court has carefully reviewed the proceedings before the Magistrate Judge and the arguments made to this court as to why the Magistrate Judge's determination should be altered. Having done so, this court is of the opinion that the decision of the Magistrate Judge should not be disturbed. Even considering the new factors raised in the defendant's appeal, to the extent they were not put before the Magistrate Judge, the court finds that the Magistrate Judge's ultimate decision to deny bond is correct. Accordingly, the court finds no basis for disturbing the Magistrate Judge's decision, and the appeal of that decision (ECF Nos. 305 & 307) is therefore denied.

IT IS SO ORDERED.

January 5, 2012
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge