IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 3:11-00246-JFA |
| | ) | |
| -v- | ) | |
| | ) | |
| | ) | |
| SILVIA ARREOLA-VIVANCO | ) | |

JUDGMENT AND ORDER OF FORFEITURE
FOR SILVIA ARREOLA-VIVANCO

1.    On January 6, 2012, Silvia Arreola-Vivanco ("Defendant") pled guilty to

the following Count of the Information filed January 6, 2012:

- Count 1: conspiracy to commit money laundering, in violation of 18
  U.S.C. § 371.

2.    Based upon Arreola-Vivanco's conviction and her plea agreement, the

court has determined that the below-described property is subject to forfeiture, in that

such property constitutes, is derived from, involved in, and/or is traceable to, proceeds

Defendant obtained, directly or indirectly, as a result of her intentional and unlawful

violations of, 18 U.S.C. § 371 and/or represents the value of property used or intended

to be used in some manner or part to facilitate felony violations of 18 U.S.C. §§ 1956,

1957 and 371. The court finds that the Defendant has an interest in such property, and

that this property is subject to forfeiture to the United States pursuant to 18 U.S.C. §§

981, 982 and 28 U.S.C. § 2461(c).

3.    The court has further determined that the government has established the

requisite nexus between the said property subject to forfeiture and the offense for which

the Defendant has been convicted; therefore, pursuant to 18 U.S.C. §§ 981, 982 and 28 U.S.C. § 2461(c), the property shall be forfeited to the United States, subject to the provisions of 21 U.S.C. § 853(n) governing third party rights.

4.     The court further finds that the United States is entitled to a judgment of forfeiture and possession of the property pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

Accordingly, it is hereby ORDERED, ADJUDGED AND DECREED:

1.     The below-described property, and all right, title, and interest of the Defendant, Silvia Arreola-Vivanco, in and to such property, is hereby forfeited to the United States of America, for disposition in accordance with law, subject to the rights of third parties in such property under 21 U.S.C. § 853(n).

> A.     The defendant has consented to the entry of personal money judgment against the Defendant and in favor of the United States in the amount of $9,000 in United States Currency, with interest, as of the date of entry pursuant to the plea agreement dated January 6, 2012.

2.     JUDGMENT IS ENTERED against Defendant, and in favor of the United States in the amount of $9,000, together with appropriate costs provided for in 28 U.S.C. § 1961 as of the date of entry of judgment until paid in full, and the United States may satisfy such money judgment from any property of the Defendant.

3.     Upon entry, this Order becomes final as to Arreola-Vivanvco, and shall be made a part of her sentence and included in the criminal Judgment;

4.     Upon entry of this Order, the United States Attorney is authorized to conduct proper discovery in identifying, locating, or disposing of the described property, or other substitute assets, in accordance with Fed.R.Crim.P. 32.2(b)(3); and to

commence proceedings that comply with statutes governing third party rights, if applicable.

5.   The United States may sell or otherwise dispose of in accordance with law any substitute assets as required to satisfy the above imposed money judgment.

6.   The government is not required to publish notice regarding the personal money judgment against the Defendant; however, the judgment shall be recorded in the records of the County Clerk's Office in the county of the debtor's residence, place of business, and any and all other counties in which the debtor has either real or personal property, as a lien thereon.

7.   The court shall retain jurisdiction to enforce this Order and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

8.   The Clerk, U.S. District Court, shall provide one (1) certified copy of this Order to the United States Attorney's Office for service of interested third parties and other purposes.

AND IT IS SO ORDERED.

JOSEPH F. ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

August 6, 2012
Columbia, South Carolina